UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY WILLIAMS #373703,

    Plaintiff,

Case No: 1:23-cv-1038

v.

HON. ROBERT J. JONKER

L. BLOUGH et al,

    Defendants.
_____/

**ORDER APPROVING AND ADOPTING MAGISTRATE'S**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 17, 2024 (ECF No. 34). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 34) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 20) is **GRANTED** in part and **DENIED** in part. The Motion is GRANTED with regard to Plaintiff's claim that Defendant Basye retaliated against him by denying him procedural due process in connection with the misconduct hearing, but DENIED as to the claims against Defendant Blough and Plaintiff's claim that Defendant Bayse retaliated by upgrading the misconduct to a Class I violation.

**IT IS FURTHER ORDERED** that Defendants may move for a bench trial on their exhaustion defense to the remaining claims.

Dated:  January 7, 2025           /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        UNITED STATES DISTRICT JUDGE