UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY WILLIAMS #373703,

    Plaintiff,

v.

L. BLOUGH et al,

    Defendants.
    _____/

Case No: 1:23-cv-1038

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on September 4, 2025 (ECF No. 73). The Report and Recommendation was duly served on the parties. Plaintiff's motion for an extension of time was granted (ECF No. 76). No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 73) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 62) is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is dismissed with prejudice.

Dated:   October 20, 2025          /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE